IRENE R. MARTIN, a widow, v. S. A. FIELDS & COMPANY, a corporation.

19 So. (2nd) 869                                    January Term, 1945
January 9, 1945                                     Division A

*Gorman & Hamlin,* for appellant.

*C. E. Duncan* and *C. Harold Hippler,* for appellee.

PER CURIAM:

The only question in this appeal is the sufficiency of the evidence to sustain the decree of the chancellor. We find the evidence sufficient and the decree is affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.